# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LINDA CHASE,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 5:22cv225-RH-MJF
*(To be filled in by the Clerk's Office)*

v.

KIRAN AHUJA, DIRECTOR OPM,

_____,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*
SEE ATTACHED

**Jury Trial Requested?**
☐ YES  ☑ NO

FILED USDC FLND PN
SEP 23 '22 AM10:39  mb

DEFENDANTS
----------

MERRICK GARLAND, ATTY GENERAL, DEPARTMENT OF JUSTICE (DOJ)
JASON COODY, US ATTY GENERAL, NORTHERN DISTRICT OF FLORIDA, DEPT. OF JUSTICE
HELEN HAYDEN, CUSTOMER SERVICE SPECIALIST, OFFICE OF PERSONNEL MGMT (OPM)
ROBERT T. WILLIAMS, MEDICAL SPECIALIST, OFFICE OF PERSONNEL MANAGEMENT (OPM)

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: LINDA CHASE

   Address: 6513 HARBOUR BLVD

   City, State, and Zip Code: PANAMA CITY BEACH, FL 32407

   Telephone: _____ (Home) (219) 201-6122 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Kiran Ahuja

   Official Position: Director

   Employed at: Office of Personnel Management, OPM

   Mailing Address: 1900 E. Street, NW
   Washington, DC 20415-1000

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: Merrick Garland

   Official Position: Attorney General

   Employed at: Department of Justice

   Mailing Address: 950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: JASON COODY

   Official Position: US ATTY GENERAL NORTHERN DISTRICT OF FL

   Employed at: DEPARTMENT OF JUSTICE

   Mailing Address: 21 E. GARDEN ST. Ste 400
   PENSACOLA, FL 32502

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: HELEN HAYDEN

   Official Position: CUSTOMER SERVICE SPECIALIST

   Employed at: OFFICE of PERSONNEL MANAGEMENT

   Mailing Address: 1900 E. STREET, NW
   WASHINGTON, DC 20415-1000

   ☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: <u>Robert T. Williams</u>

   Official Position: <u>Medical Specialist</u>

   Employed at: <u>Office of Personnel Management</u>

   Mailing Address: <u>1900 E. Street, NW</u>

   <u>Washington, DC 20415-1000</u>

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*) ☐ State/Local Officials (*§ 1983 case*)

### III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum**. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

Counts 1+2 - ADA of 1990 & The Rehabilitation Act of 1973. After receiving notification, a letter dated 03/03/2022 from USPS (My Employer) notifying me that I would be removed (fired) for Medical Inability effective 04/02/2022, I sent my Original Immediate Retirement Application that included ECAB's approval of my FECA Benefits via Express Mail on 03/14/2022 to OPM, Boyers, PA. It was scanned delivered, individual picked up on 03/15/2022 at 1:40 PM. in Boyers, PA. On 03/24/2022, Helen

**Factual Allegations, Continued** *(Page \_1\_ of \_\_\_)*

Hayden returned (I would later discover) a copy of my original application. Ms. Hayden informed me to send my application to USPS HR Shared Services in Greensboro, NC. Since my immediate retirement was to take effect 03/31/2022, I sent everything Ms. Hayden to me (i.e. my immediate retirement application) via express to Shared Services on 03/25/2022 & it was delivered on 03/26/2022 @ 10:51 AM. Around 03/30/2022, I received a call from Deanna, a Shared (USPS) Service employee. She left a voice message informing me that my immediate retirement application was being returned for me to correct a few things, and to make sure I returned the original paperwork. The items needing correction were highlighted in yellow, and I noticed that page 1 of the 2 pages sent me was stamp in black by Shared Services & at the bottom was DPM's stamp dated 03/15/2022. I notice that this paperwork was not the original sent to DPM because I sign my name in blue ink; therefore, I made a color copy & sent the paperwork back via certified mail on 04/04/2022, with a returned receipt. This certified sat in Pensacola, FL for several day with no movement; therefore, I emailed Andrea Starks, supervisor at USPS HR Shared Services & attached my color copy. Ms. Starks replied that my original signature was need on the application. I informed Ms. Starks that I sent was sent to me a copy of a copy because I signed my original paperwork in blue ink,

**Factual Allegations, Continued** *(Page 2 of 3)*

I would later received the certified return receipt around 04/16/2022. It was round dated IN BLUE INK 04/13/2022 by Shared Services. Around 04/25/2022, I received a letter that was stamped 04/22/2022 was FROM Shared Service informing me my paperwork was sent to Accounting Services who would forward to OPM. In this letter I was informed that I would be paid interim pension until OPM completed my paperwork. Around the end of April or beginning of May 2022, I had some concerns; therefore, I contacted Ms. Hayden via phone. She called me back + told me she wasn't assigned to my case. This was not true. I began emailing Ms. Hayden THE END May of 2022 because I learned from Accounting Services that my paperwork was sent to OPM via express, but Ms. Hayden kept insisting that the only thing in the system was when I applied for FERS disability in 2019. I would later find out that my immediate retirement application was sent express along with 60-80 other RETIREMENT applications, the express was manually scanned (this is against postal policy) and sat in Boyers, PA for about one week. After providing Ms. Hayden all of this proof, my application was processed. Ms. Hayden violated the Rehabilitation Act of 1973 + ADA of 1990 when

**Factual Allegations, Continued** *(Page 3 of 3)*

DELAYED THE PROCESSING OF MY IMMEDIATE RETIREMENT APPLICATION AND BY NOT PROVIDING MY ORIGINAL APPLICATION TO USPS HR SHARED SERVICES. MY PAYMENTS WERE DELAYED, BUT I STILL AM NOT RECEIVING OWCP/FECA PAYMENTS. ROBERT T. WILLIAMS ALSO VIOLATED THE REHABILITATION ACT of 1973 + ADA of 1990 WHEN HE FAILED TO ABIDE BY MSPB Admin. Judge JEFFREY MORRIS' DECISION DATED 09/29/2020 WHICH WAS TO PROVIDE/ISSUE A RECONSIDERATION DECISION WITHIN 60 DAYS OF THE DATE OF THIS INITIAL DECISION WHICH WAS DATED 09/29/2020. AROUND JANUARY 11, 2021, I RECEIVE TWO CERTIFIED ENVELOPES THAT WERE DATE STAMPED 01/06/2021 (Label #70201290000120321833) + 01/07/2021 (Label #7019112000015040 4670) 60 plus DAYS AFTER THE INITIAL DECISION DATE OF 09/29/2020. I NEVER RECEIVED FERS DISABILITY PAYMENT TO WHICH I WAS ENTITLED BECAUSE I TURNED 62 years old AND FERS DISABILITY ENDS AT AGE 62 + IMMEDIATE RETIREMENT APPLICATIONS MUST BE FILED. AGAIN, THE REHABILITATION ACT of 1973 + ADA OF 1990 WERE VIOLATED BY ROBERT T. WILLIAMS WHEN HE TOOK AN ADDITIONAL 60 plus days for a total of 120 plus days.


NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

5

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① Americans with Disabilities Act of 1990. (ADA of 1990)
② The Rehabilitation Act of 1973

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I am requesting to be compensated for mental anguish, punitive, exemplary + compensatory damages, loss of living standard and loss of consortium for my spouse in the amount of $750,000. Due to the gross negligent conduct/behavior of the OPM employees.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/23/2022   Plaintiff's Signature: *Linda Chase*

Printed Name of Plaintiff: LINDA CHASE

Address: 6513 Harbour Blvd
Panama City Beach, FL 32407

E-Mail Address: lindachase58@gmail.com

Telephone Number: (219) 201-6722

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*